```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| LAWRENCE L. CRAWFORD and<br><br>YAHYA MUQUIT,<br><br>          Plaintiffs,<br><br>     v.<br><br>CHIEF JUDGE LINARES,<br><br>          Defendant. | No. 18-cv-13459 (NLH) (KMW)<br><br><br>OPINION AND ORDER |

APPEARANCES:

Lawrence L. Crawford
300839
Lee Correctional Institution
990 Wisacky Highway
P.O. Box 1000
Bishopville, SC 29010

     Plaintiff Pro se

Yahya Muquit
318455
Leiber Correctional Institution
P.O. Box 205
Ridgeville, Sc 29472

     Plaintiff Pro se

HILLMAN, District Judge

     WHEREAS, the Court dismissed Plaintiff Lawrence Crawford's and Yahya Muquit's complaint with prejudice and without leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) on April 29, 2020, ECF No. 50; and

1

WHEREAS, the Court denied Plaintiff Crawford's motion for reconsideration on October 6, 2020, ECF No. 54; and

WHEREAS, Plaintiff Crawford now files a document entitled "motion to expend [sic] the scope and for inclusion; motion to challenge the N.J. District Court's jurisdiction to render void its Opinion and Order dated October 6, 2020; Motion to Stay; Motion for an extension of time to supplement the jurisdiction challenge; motion for leave and motion to motion therefor," ECF No. 55; and

WHEREAS, the Court has dismissed the complaint with prejudice and denied reconsideration of that order.  This matter is over; and

WHEREAS, continued abuse of the judicial process in the future may result in sanctions,

THEREFORE, IT IS on this ___22nd___ day of January, 2021

ORDERED that the motion, ECF No. 55, is denied; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Plaintiffs by regular mail.

At Camden, New Jersey         ___s/ Noel L. Hillman_____
                              NOEL L. HILLMAN, U.S.D.J.

2